# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 17, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132329(99)(102)

CITY OF DETROIT,
　　　　　Plaintiff/Counter-Defendant/
　　　　　Appellee,

v

AMBASSADOR BRIDGE COMPANY
a/k/a DETROIT INTERNATIONAL BRIDGE
COMPANY,
　　　　　Defendant/Counter-Plaintiff/
　　　　　Appellant.

_____

SC: 132329
COA: 257415
Wayne CC: 01-106546-CZ

　　　　On order of the Chief Justice, the motion by plaintiff-appellee for extension to September 5, 2007 of the time for filing its brief is considered and it is GRANTED. The motion by the Michigan Municipal League and others for leave to file a brief *amicus curiae* is considered and it is GRANTED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 17, 2007

_____
Clerk